Irene Karbelashvili, State Bar Number 232223
Law Office of Irene Karbelashvili
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Kenneth J. Pinto, State Bar Number 221422
Law Office of Kenneth J. Pinto
12 South First Street, Suite 713
San Jose, CA 95113
Telephone: (408) 289-1765
Fax: (408) 289-1754

Attorneys for RICHARD JOHNSON, Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD JOHNSON<br>          Plaintiff,<br><br>vs.<br><br>7-ELEVEN, INC., a Texas corporation, d/b/a SEVEN ELEVEN STORE 2234 a/k/a 7-ELEVEN FOOD STORE; STTS APARTMENTS, LLC, a California limited liability company;  and DOES 1 through 10, Inclusive,<br>          Defendants. | Case No. 5:14-CV-01811-BLF<br><br>*Civil Rights*<br><br>**PLAINTIFF'S REQUEST FOR ADMINISTRATIVE RELEIF AFTER MEDIATION REQUESTING CASE MANAGEMENT CONFERENCE (ADA ACCESS) & PROPOSED ORDER** |

    This matter was referred to mediation on September 19, 2014. On October 16, 2014, the

ADR Clerk Notice appointing JoAnne Dellaverson as a mediator was issued. On October 23,

2014 the first pre-mediation telephone conference was held. On December 8, 2014, the

mediation session was conducted.  At the mediation the parties were not able to resolve the case.

Pursuant to General Order 56 and Local Rule 7-11, Plaintiff accordingly requests that the Court set a case Management Conference in this matter.

Respectfully submitted,

Dated: December 11, 2014        /s/     *Irene Karbelashvili*
                                Irene Karbelashvili, Attorney for Plaintiff
                                RICHARD JOHNSON

## ~~PROPOSED~~ ORDER

Upon request of Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** that a Case Management Conference is set for _____ before the Honorable Beth Labson Freeman. The parties shall file a joint case management conference statement no less than seven (7) days prior to the Case Management Conference.

**IT IS SO ORDERED.**

Dated: _____                      _____
                                       The Hon. BETH LABSON FREEMAN
                                       United States District Judge

Page 2 of 2
**Case No. 5:14-CV-01811-BLF**
**PLAINTIFF'S REQUEST FOR ADMINISTRATIVE RELEIF AFTER MEDIATION REQUESTING CASE MANAGEMENT CONFERENCE (ADA ACCESS) & PROPOSED ORDER**