1  Irene Karbelashvili, State Bar Number 232223
   Law Office of Irene Karbelashvili
2  12 South First Street, Suite 413
3  San Jose, CA 95113
   Telephone: (408) 295-0137
4  Fax: (408) 295-0142

5
   Kenneth J. Pinto, State Bar Number 221422
6  Law Office of Kenneth J. Pinto
   12 South First Street, Suite 713
7  San Jose, CA 95113
   Telephone: (408) 289-1765
8  Fax: (408) 289-1754

9

10  Attorneys for RICHARD JOHNSON, Plaintiff

11

12                      UNITED STATES DISTRICT COURT

13                      NORTHERN DISTRICT OF CALIFORNIA

14

15  RICHARD JOHNSON,                        **Case No. 5:14-CV-01811-BLF**

16              Plaintiff,                  Assigned to Hon. Beth Labson Freeman

17  v.

18  7-ELEVEN, INC., a Texas corporation,

19  d/b/a SEVEN ELEVEN STORE 2234 a/k/a

20  7-ELEVEN FOOD STORE; STTS              **NOTICE OF SETTLEMENT AND
                                            REQUEST TO VACATE CASE
21  APARTMENTS, LLC, a California limited   MANAGEMENT CONFERENCE
                                            AND [PROPOSED] ORDER**
22  liability company; and DOES 1 through 10,

23  Inclusive,

24

25

26              Defendants.

27

28

**FACTS**

Plaintiff and Defendant in the case at bar have settled the case.  Both parties have executed a signed settlement with regard to both injunctive relief and damages.  Settlement payment for damages has been made.

The parties expect to circulate, sign, and thereafter file a stipulation for dismissal shortly.

Plaintiff requests that the court vacate the case management conference now set for 02-12-2015.

DATED:  02-06-2015                          LAW OFFICE OF KENNETH J. PINTO


                                            By:   /S/ Kenneth J. Pinto
                                                  KENNETH J. PINTO
                                                  Attorneys for Plaintiff RICHARD
                                                  JOHNSON


**PROPOSED ORDER**


**GOOD CAUSE APPEARING, IT IS SO ORDERED:**

1. The case management conference now set for 02-12-2015 is vacated

2. Parties to the action are to file a stipulation for dismissal in the case at bar.


Dated: _____                      _____

                                            Hon. Beth Labson, United States

                                            District Court Magistrate Judge