Irene Karbelashvili, State Bar Number 232223
Law Office of Irene Karbelashvili
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Kenneth J. Pinto, State Bar Number 221422
Law Office of Kenneth J. Pinto
12 South First Street, Suite 713
San Jose, CA 95113
Telephone: (408) 289-1765
Fax: (408) 289-1754

Attorneys for RICHARD JOHNSON, Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD JOHNSON<br>    Plaintiff,<br><br>vs.<br><br>7-ELEVEN, INC., a Texas corporation, d/b/a SEVEN ELEVEN STORE 2234 a/k/a 7-ELEVEN FOOD STORE; STTS APARTMENTS, LLC, a California limited liability company; and DOES 1 through 10, Inclusive,<br>    Defendants. | Case No. 5:14-CV-01811 BLF<br><br>*Civil Rights*<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND (PROPOSED) ORDER**<br>**[F.R.C.P.§§ 41(a)(1)(ii) and (2)]** |

Plaintiff RICHARD JOHNSON and Defendants 7-ELEVEN, INC., a Texas corporation, d/b/a SEVEN ELEVEN STORE 2234 a/k/a 7-ELEVEN FOOD STORE; STTS APARTMENTS, LLC, a California limited liability company), by and through their attorneys of record, file this Stipulation and Order of Dismissal with Prejudice pursuant to

Federal Rule of Civil Procedure §§ 41(a)(1)(ii) and (2). Plaintiff filed this lawsuit on April 20, 2014. Defendants, who have answered the complaint, agree to the dismissal with prejudice. Plaintiff and Defendants further stipulate that each side shall pay its own attorneys' fees and costs.

This case is not a class action, and no receiver has been appointed.

Wherefore, Plaintiff and Defendants, by and through their attorneys of record, so stipulate.

DATED: February 10, 2015         By:*/s/ Kenneth J. Pinto*
                                 KENNETH J. PINTO
                                 Attorneys for Plaintiff RICHARD JOHNSON

DATED: February 10, 2015         BY:*/s/ Michael Orr*
                                 MICHAEL ORR
                                 Attorney for Defendant 7-ELEVEN, INC.,
                                 a Texas corporation, d/b/a SEVEN ELEVEN
                                 STORE 2234 a/k/a 7-ELEVEN FOOD STORE

DATED: February10, 2015          BY:*/s/ Jay Toivo Jambeck*
                                 JAY TOIVO JAMBECK
                                 Attorney for Defendant STTS APARTMENTS,
                                 LLC, a California limited liability company

### FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that on February 10, 2015, I, Kenneth J. Pinto, received the concurrence of Michael Orr, Esq. in the filing of this document. Pursuant to Local Rule 5-1, I hereby attest that on February 10, 2015, I, Kenneth J. Pinto, received the concurrence of Jay Jambeck, Esq. in the filing of this document

                                 By:      */s/ Kenneth J. Pinto*
                                          KENNETH J. PINTO

**~~PROPOSED~~ ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. The lawsuit against Defendants is dismissed with prejudice.

2. The Court will retain jurisdiction to enforce the terms of the parties' SETTLEMENT AGREEMENT AND RELEASE OF ALL CLAIMS.

3. Each side shall pay its own attorneys' fees and costs.

Dated: February 10, 2015

_____
The Hon. BETH LABSON FREEMAN, United States District Court Judge